William Eugene Leslie, by Addie Miller, his next friend, appellee, v. City of Chicago, appellant. Gen. No. 33,591.

634

Opinion filed April 28, 1930.
Samuel A. Ettelson, Corporation Counsel and William D. Saltiel, City Attorney, for appellant; Charles M. McDonnell and Theodore Levin, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Michael W. Kaveney, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.